3502 AWARD
CONTRACT DOCUMENTS

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. W912P8-13-R-0018 | 2. TYPE OF SOLICITATION<br>☐ SEALED BID (IFB)<br>☑ NEGOTIATED (RFP) | 3. DATE ISSUED 26 APR 2013 | PAGE OF PAGES 1  8 |
|---|---|---|---|---|

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. ED-11-006 |
|---|---|---|

| 7. ISSUED BY  CODE  W912P8 | 8. ADDRESS OFFER TO |
|---|---|
| U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS<br>7400 LEAKE AVE.<br>NEW ORLEANS, LA 70118-3651 | OFFER 1<br>US ARMY ENGINEER DISTRICT, NEW ORLEANS<br>ATTN: CEMVN-CT<br>7400 LEAKE AVE<br>NEW ORLEANS, LA 70118-3651 |

| 9. FOR INFORMATION CALL: | A. NAME  Lydia A. Quillens | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS)  (504) 862-1887 |
|---|---|---|

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

SOUTHEAST LOUISIANA LOUISIANA URBAN DRAINAGE PROJECT (SELA 21), JEFFERSON AVENUE CANAL, No. 1, SOUTH CLAIBORNE AVENUE TO DRYADES STREET, ORLEANS PARISH, LOUISIANA

This is an UNRESTRICTED - "BEST VALUE" procurement.

The Description and Magnitude of Work is as follows: The work consists of constructing reinforced concrete culvert sections and transitions. Site work will include construction of and/or modification to existing utilities, concrete construction, pile driving, dewatering systems, and temporary cofferdams. Miscellaneous excavation, demolition, and clearing WILL also be performed.

The deadline for submitting questions regarding the subject solicitation is Friday, May 10, 2013, 11 A.M., local time. Any questions received after this deadline will not be considered. Email or fax all questions to: email address: Lydia.A.Quillens@usace.army.mil or fax: 504-862-2527

JUNE 4, 2013 - ADDENDUM #4
PROPOSALS ARE DUE MAY 28, 2013 @ 11:00 A.M., LOCAL TIME AND PLACE, NEW ORLEANS, LA.

ORIGINAL PROPOSAL AND 8 COPIES ARE TO BE DELIVERED TO ADDRESS LISTED IN BLOCK 7 ABOVE WITH OFFICIAL BID BOND.

11. The Contractor shall begin performance within __10__ calendar days and complete it within __1,500__ calendar days after receiving
☐ award, ☑ notice to proceed. This performance period is ☑ mandatory, ☐ negotiable. (See_____.)

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.)
☑ YES ☐ NO

12B. CALENDAR DAYS  3 DAYS

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and __8__ copies to perform the work required are due at the place specified in Item 8 by __1100 a.m.__ (hour) local time __5/28/2013__ (date). If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

06/14/2013 - ADDENDUM #4

B. An offer guarantee ☑ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than __60__ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212

STANDARD FORM 1442 (REV. APR 1985)
Prescribed by GSA  APD PE v1.00
FAR (48 CFR) 53.236-1 (d)

BA  CCI CFR ✓

**OFFER** *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NO. *(Include area code)* |
|---|---|
| B&K CONSTRUCTION CO., LLC<br>1905 HIGHWAY 59<br>MANDEVILLE, LA 70448 | PHONE: 985-626-1866    FAX: 985-626-9710 |
| | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)*<br>B&K CONSTRUCTION CO., LLC<br>DEPT AT 952429<br>ATLANTA, GA 31192-2429 |
| CAGE CODE NO. 0GTN3    DUNS NO. 093544229 | |
| CODE    FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within __60__ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D).*

**AMOUNTS ▶**

Alternate 1  Base + Option    $55,888,502.00    WBA

Fifty Five Million Eight Hundred Eighty Eight Thousand Five Hundred Two Dollars & No Cents

Alternate 2  Base + Option    $78,178,373.00    WBA

Seventy Eight Million One Hundred Seventy Eight Thousand Three Hundred Seventy Three Dollars & No Cents

18. The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGMENT OF AMENDMENTS**
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 0001 | 0002 | 0003 | 0004 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 5/24/2013 | 5/29/2013 | 5/30/2013 | 5/31/2013 | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| W. BLAKE ANDREWS, VICE PRESIDENT | /s/ W. Blake Andrews | 06/04/2013 |

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED: Contract No.: W912P8-13-C-0037 - CLIN(s) 0001 thru 0102 (Note: CLIN(s) 0103-0131 is Optional Work and is not awarded at this time.) - Southeast Louisiana Urban Drainage Project (SELA 21), Jefferson Avenue Canal No. 1, South Claiborne Avenue to Dryades Street, Orleans Parish, Louisiana. (ED-11-006). The Contractor's Alternate I proposal is accepted. The Contractor's proposal and schedule is hereby incorporated into the Contract.

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| $52,001,667.00 | W42HEM31981453, Line Item 001, (FW1/OW1 GB74LD; CCS 70A) 96X3122<br>Line Item 002; (FW1/OW1 GB74LD; CCS 70C) 96X3122<br>Line Item 003; (FW1/OW1 GB74LD; CCS 99S) 96X3122 and |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 Copies unless otherwise specified)* ▶ | ITEM 26 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C 2304(c) ( )    ☐ 41 U.S.C 253(c) ( ) |
|---|---|---|
| 26. ADMINISTERED BY    CODE<br>U.S. ARMY CORPS OF ENGINEERS<br>NEW ORLEANS DISTRICT<br>EAST BANK AREA OFFICE<br>990 N. CORPORATE DR., STE 102<br>HARAHAN, LA 700123 | | 27. PAYMENT WILL BE MADE BY<br>USAED NEW ORLEANS<br>C/O USACE, FINANCE CENTER (UFC)<br>ATTN: CEFC-AO-P<br>5720 INTEGRITY DRIVE<br>MILLINGTON, TN 38054-5005 |

**CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE**

| ☒ 28. NEGOTIATED AGREEMENT *Contractor is required to sign this document and return __1__ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| W. BLAKE ANDREWS, VP | CYNTHIA A. NICHOLAS |
| 30B. SIGNATURE    30C. DATE<br>/s/ W. Blake Andrews    7/24/13 | 31B. UNITED STATES OF AMERICA<br>BY /s/ Cynthia A. Nicholas    31C. AWARD DATE<br>24 July 2013 |

STANDARD FORM 1442 BACK (REV. APR 1985)
APD PE v1.00

Encl

SECTION 00010 – BIDDING SCHEDULE – Alternate 1

Southeast Louisiana Urban Flood Control Project, Jefferson Avenue Canal No. 1, South Claiborne Avenue to Dryades Street, Orleans Parish, Louisiana

| Item | DESCRIPTION | Estimated Quantity | UNIT | Unit Price | Estimated Amount |
|---|---|---|---|---|---|
| | | BASE WORK | | | |
| 0001 | Mobilization and Demobilization | 1 | LS | 2,659,000.00 | 2,659,000.00 |
| 0002 | Silt Fence | 2,500 | LF | 3.00 | 7,500.00 |
| 0003 | Detour Roadway and Maintenance of Traffic | 1 | LS | 1,150,000.00 | 1,150,000.00 |
| 0004 | Maintenance and Diversion of Storm Water | 1 | LS | 351,000.00 | 351,000.00 |
| 0005 | Temporary Dam Emergency Removal and Reconstruction | 20 | EA | 2,038.00 | 40,760.00 |
| 0006 | Temporary Traffic Control Devices | 1 | LS | 616,000.00 | 616,000.00 |
| 0007 | Temporary Traffic Signals | 1 | LS | 98,410.00 | 98,410.00 |
| 0008 | Concrete Barriers | 1 | LS | 150,000.00 | 150,000.00 |
| 0009 | Removal and Disposal of Existing Sidewalks, Driveways and Footlap | 5,850 | SY | 8.00 | 46,800.00 |
| 0010 | Removal and Disposal of Existing Asphalt | 25,022 | SY | 9.00 | 225,198.00 |
| 0011 | Roadway Base Excavation | 16,285 | CY | 17.00 | 276,845.00 |
| 0012 | Removal of Structures and Obstructions | 1 | LS | 50,000.00 | 50,000.00 |
| 0013 | Construction Dewatering | 1 | LS | 550,000.00 | 550,000.00 |
| 0014 | Temporary Retaining Structures – Sheet Pile Removed | 1 | LS | 14,177,032 | 14,177,032.00 |
| 0015 | Temporary Retaining Structures for 24" Sewer Line (Sta. 38+63 to Sta. 53+78) | 1 | LS | 860,000.00 | 860,000.00 |
| 0016 | Temporary Retaining Structures for 24" Sewer Line (Sta. 10+20 to Sta. 38+63) | 1 | LS | 1,915,000.00 | 1,915,000.00 |
| 0017 | Clearing and Grubbing | 1 | LS | 4,000.00 | 4,000.00 |
| 0018 | Root Pruning | 112 | EA | 550.00 | 61,600.00 |

W912P8-13-R-0018
0004
Page 4 of 21

| 0019 | Tree Trimming | 1 | LS | 90,000.00 | 90,000.00 |
|---|---|---|---|---|---|
| 0020 | Structural Excavation and Backfill | 1 | LS | 1,113,000.00 | 1,113,000.00 |
| 0021 | Furnish and Deliver Timber Piles | 315,120 | LF | 8.00 | 2,520,960.00 |
| 0022 | Driving Timber Piles | 315,120 | LF | 7.10 | 2,237,352.00 |
| 0023 | Compression Pile Load Tests | 2 | EA | 50,000.00 | 100,000.00 |
| 0024 | Probe Piles | 5 | EA | 2,686.00 | 13,430.00 |
| 0025 | Steel H-Piling (HP 14x89) | 3,680 | LF | 73.50 | 270,480.00 |
| 0026 | Tree Protection | 86 | EA | 410.00 | 35,260.00 |
| 0027 | Gravel Bed and Filter Cloth Over Tree Roots | 1,287 | SY | 12.00 | 15,444.00 |
| 0028 | Unsuitable Subgrade Excavation and Sand Fill | 1,000 | CY | 10.00 | 10,000.00 |
| 0029 | Base Course | 7,700 | CY | 70.00 | 539,000.00 |
| 0030 | Subbase Course | 9,240 | CY | 22.00 | 203,280.00 |
| 0031 | Geotextile Fabric | 27,500 | SY | 1.25 | 34,375.00 |
| 0032 | Geogrid | 27,500 | SY | 1.80 | 49,500.00 |
| 0033 | Permanent Asphaltic Concrete Pavement (7 inch Binder Course) | 22,300 | SY | 80.00 | 1,784,000.00 |
| 0034 | Permanent Asphaltic Concrete Pavement (2 inch Wearing Course) | 22,300 | SY | 30.00 | 669,000.00 |
| 0035 | Cold Planing Asphaltic Pavement (2 inch average thickness) and Overlay with New Wearing Course Asphalt (2" Thick) | 760 | SY | 40.00 | 30,400.00 |
| 0036 | Concrete Sidewalk (4" thick) | 3,923 | SY | 65.00 | 254,995.00 |
| 0037 | Concrete Driveway (6" thick) | 1,580 | SY | 95.00 | 150,100.00 |
| 0038 | Concrete Driveway (8" thick) | 130 | SY | 111.00 | 14,430.00 |
| 0039 | Sidewalk at Intersection, Including Handicapped Ramps (6" thick) | 310 | SY | 322.00 | 99,820.00 |
| 0040 | Concrete Sidewalk (4" Thick) (Washed Aggregate Surface) | 15 | SY | 122.00 | 1,830.00 |

| Item | Description | Qty | Unit | Unit Price | Amount | |
|---|---|---|---|---|---|---|
| 0041 | Concrete Driveway (8" Thick) (Washed Aggregate Surface) | 151 | SY | 150.00 | 22,650.00 | |
| 0042 | Brick Sidewalk | 102 | SY | 205.00 | 20,910.00 | |
| 0043 | Brick Driveway | 85 | SY | 205.00 | 17,425.00 | |
| 0044 | Patterned Concrete Driveway (6" thick) | 75 | SY | 155.00 | 11,625.00 | |
| 0045 | Permanent Thermoplastic Pavement Striping, Pavement Markers and Raised Reflectors | 1 | LS | 97,000.00 | 97,000.00 | |
| 0046 | Reset Letter or Number for Street Name Tile | 225 | EA | 28.00 | 6,300.00 | WDA |
| 0047 | Stone Curb | 6,500 | LF | 179.00 | 1,163,500.00 | |
| 0048 | 4" Concrete Mountable Curb and Gutterbottom | 7,800 | LF | 43.62 | 340,236.00 | |
| 0049 | 8" Concrete Barrier Curb and Gutterbottom | 3,760 | LF | 46.15 | 173,524.00 | |
| 0050 | 8" Ductile Water Main (Sta. 38+63 to Sta. 53+78) | 198 | LF | 165.00 | 32,670.00 | |
| 0051 | 8" PVC Water Main (Sta. 38+63 to Sta. 53+78) | 1,752 | LF | 179.00 | 313,608.00 | |
| 0052 | 12" PVC Water Main (Sta. 38+63 to Sta. 53+78) | 768 | LF | 250.00 | 192,000.00 | |
| 0053 | 12" Ductile Water Main (Sta. 38+63 to Sta. 53+78) | 768 | LF | 184.00 | 141,312.00 | |
| 0054 | 8" Water Valve (Sta. 38+63 to Sta. 53+78) | 10 | EA | 4,144.00 | 41,440.00 | |
| 0055 | 12" Water Valve (Sta. 38+63 to Sta. 53+78) | 2 | EA | 6,590.00 | 13,180.00 | |
| 0056 | Fire Hydrant (Sta. 38+63 to Sta. 53+78) | 9 | EA | 3,350.00 | 30,150.00 | |
| 0057 | Remove Water Valve Manhole (Sta. 38+63 to Sta. 53+78) | 8 | EA | 702.00 | 5,616.00 | |
| 0058 | Removal/Abandon of Existing Waterline Not in New Trench, Plugging Pipe At Main (Sta. 38+63 to Sta. 53+78) | 812 | LF | 36.00 | 29,232.00 | |
| 0059 | Replace 5/8", ¾" and 1" Water House Connection (Sta. 38+63 to Sta. 53+78) | 56 | EA | 1,325.00 | 74,200.00 | |
| 0060 | Water Valve Manhole (Sta. 38+63 to Sta. 53+78) | 12 | EA | 4,660.00 | 55,920.00 | |
| 0061 | No. 1 Standard Drain Manhole | 24 | EA | 3,040.00 | 72,960.00 | |
| 0062 | No. 2 Standard Drain Manhole | 6 | EA | 6,500.00 | 39,000.00 | |
| 0063 | Type A Catch Basins Adjustment | 4 | EA | 850.00 | 3,400.00 | |

W912P8-13-R-0018
0004
Page 6 of 21

| 0064 | No. 1 Catch Basin | 23 | EA | 3,840.00 | 88,320.00 |
|---|---|---|---|---|---|
| 0065 | Single Mountable Catch Basin | 37 | EA | 2,500.00 | 92,500.00 |
| 0066 | Double Mountable Catch Basin | 32 | EA | 5,380.00 | 172,160.00 |
| 0067 | Adjust Manhole Or Drop Inlet | 7 | EA | 840.00 | 5,880.00 |
| 0068 | Reinforced Concrete Pipe (12") | 230 | LF | 260.00 | 59,800.00 |
| 0069 | Reinforced Concrete Pipe (15") | 1,883 | LF | 135.00 | 254,205.00 |
| 0070 | Reinforced Concrete Pipe (18") | 572 | LF | 200.00 | 114,400.00 |
| 0071 | Reinforced Concrete Pipe (24") | 320 | LF | 250.00 | 80,000.00 |
| 0072 | Reinforced Concrete Wye (18" x 18") | 1 | EA | 2,250.00 | 2,250.00 |
| 0073 | Drain House Connection (6" PVC) | 170 | EA | 740.00 | 125,800.00 |
| 0074 | Collector Drain Line (8" PVC) | 4,211 | LF | 26.00 | 109,486.00 |
| 0075 | Collector Drain Line (12" PVC) | 12 | LF | 45.00 | 540.00 |
| 0076 | Drain Cleanout | 99 | EA | 250.00 | 24,750.00 |
| 0077 | Adjust Drain Cleanout | 55 | EA | 36.00 | 1,980.00 |
| 0078 | Removal/Abandon of Existing Drain Line (Not Within New Trenches) | 10,360 | LF | 133.00 | 1,377,880.00 |
| 0079 | Remove Drain Manhole | 63 | EA | 770.00 | 48,510.00 |
| 0080 | Remove Existing Catch Basin | 89 | EA | 800.00 | 71,200.00 |
| 0081 | Sewer Mains (8" Dia.PVC, 0'-8.99' Depth) (Sta. 38+63 to Sta. 53+78) | 1,700 | LF | 286.00 | 486,200.00 |
| 0082 | Sewer Mains (12" Dia. PVC, 9' Depth and Deeper) | 670 | LF | 906.00 | 607,020.00 |
| 0083 | Sewer Mains (24" Dia. PVC, 9' Depth and Deeper) (Sta. 38+63 to Sta. 53+78) | 506 | LF | 406.00 | 205,436.00 |
| 0084 | 42" Diameter Sewer Siphon | 1 | LS | 592,500.00 | 592,500.00 |
| 0085 | 8" Diameter Sewer Siphon | 2 | EA | 96,950.00 | 193,900.00 |
| 0086 | Sewer Manhole (Sta. 38+63 to Sta. 53+78) | 13 | EA | 3,290.00 | 42,770.00 |
| 0087 | Drop Sewer Manhole (Sta. 38+63 to Sta. 53+78) | 3 | EA | 4,050.00 | 12,150.00 |

W912P8-13-R-0018
0004
Page 7 of 21

| Item | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 0088 | Sewer House Connection (Sta. 38+63 to Sta. 53+78) | 41 | EA | 733.00 | 30,053.00 |
| 0089 | Abandon Existing Sewer Line (Sta. 38+63 to Sta. 53+78) | 2,830 | LF | 20.00 | 56,600.00 |
| 0090 | Remove Sewer Manhole (Sta. 38+63 to Sta. 53+78) | 8 | EA | 800.00 | 6,400.00 |
| 0091 | Permanent Traffic Signal System | 1 | LS | 160,000.00 | 160,000.00 |
| 0092 | Furnish and Place 6" Thick Topsoil | 9,390 | SY | 7.50 | 70,425.00 |
| 0093 | Fertilizing and Sodding (St. Augustine) | 1,250 | SY | 12.00 | 15,000.00 |
| 0094 | Fertilizing and Sodding in Median (Bermuda) | 8,140 | SY | 10.50 | 85,470.00 |
| 0095 | Fertilizing and Seeding | 1 | LS | 10,920.00 | 10,920.00 |
| 0096 | Reinforced Concrete Box Culvert (14' x 8') | 1,325 | LF | 1,689.00 | 2,237,925.00 |
| 0097 | Reinforced Concrete Box Culvert (14' x 10') | 2,933 | LF | 2,633.00 | 7,722,589.00 |
| 0098 | Reinforced Concrete Box Culvert (14' x 10' to 14' x 8' Transition) | 20 | LF | 2,692.00 | 53,840.00 |
| 0099 | Reinforced Concrete Curved Tie-in Box Culvert (4' x 4')" | 17 | LF | 3,701.00 | 62,917.00 |
| 0100 | Reinforced Concrete Curved Tie-in Box Culvert (5' x 5') | 49 | LF | 5,018.00 | 245,882.00 |
| 0101 | Inspection Manhole in New Culvert | 11 | EA | 5,850.00 | 64,350.00 |
| 0102 | Cleanout Manhole | 2 | EA | 18,000.00 | 36,000.00 |
| | | | | TOTAL BASE WORK: | $52,001,667.00 |
| | **OPTIONAL WORK** | | | | |
| 0103 | Remove Water Valve Manhole (Sta. 10+20 to Sta. 38+63) " | 12 | EA | 702.00 | 8,424.00 |
| 0104 | 6" PVC Water Main | 40 | LF | 132.00 | 5,280.00 |
| 0105 | 16" PVC Water Main | 130 | LF | 160.00 | 20,800.00 |
| 0106 | 8" Ductile Water Main (Sta. 10+20 to Sta. 38+63) | 152 | LF | 165.00 | 25,080.00 |
| 0107 | 8" PVC Water Main (Sta. 10+20 to Sta. 38+63) | 3,518 | LF | 160.00 | 562,880.00 |
| 0108 | 12" PVC Water Main (Sta. 10+20 to Sta. 38+63) | 2,772 | LF | 165.00 | 457,380.00 |
| 0109 | 12" Ductile Water Main (Sta. 10+20 to Sta. 38+63) | 218 | LF | 184.00 | 40,112.00 |
| 0110 | 6" Water Valve | 1 | EA | 3900.00 | 3900.00 |

| 0111 | 8" Water Valve (Sta. 10+20 to Sta. 38+63) | 15 | EA | 4144.00 | 62,160.00 |
|---|---|---|---|---|---|
| 0112 | 12" Water Valve (Sta. 10+20 to Sta. 38+63) | 4 | EA | 6590.00 | 26,360.00 |
| 0113 | 16" Water Valve and Manhole | 1 | EA | 39,239.00 | 39,239.00 |
| 0114 | Fire Hydrant (Sta. 10+20 to Sta. 38+63) | 7 | EA | 3350.00 | 23,450.00 |
| 0115* | DELETED | | | | |
| 0116 | Replace 1-1/2" Water House Connection) | 5 | EA | 805.00 | 4025.00 |
| 0117 | Replace 4" Water House Connection | 2 | EA | 4150.00 | 8300.00 |
| 0118 | Replace 6" Water House Connection | 2 | EA | 4480.00 | 8960.00 |
| 0119 | Replace 8" Water House Connection | 2 | EA | 5780.00 | 11,560.00 |
| 0120 | Replace 5/8", ¾" and 1" Water House Connection (Sta. 10+20 to Sta. 38+63) | 104 | EA | 1325.00 | 137,800.00 |
| 0121 | Water Valve Manhole (Sta. 10+20 to Sta. 38+63) | 20 | EA | 4660.00 | 93,200.00 |
| 0122 | Removal/Abandon of Existing Waterline Not in New Trench, Plugging Pipe At Main (Sta. 10+20 to Sta. 38+63) | 3,728 | LF | 35.00 | 130,480.00 |
| 0123 | Sewer Mains (8" Dia. PVC, 0'-8.99' Depth) (Sta. 10+20 to Sta. 38+63) | 301 | LF | 286.00 | 86,086.00 |
| 0124 | Sewer Mains (8" Dia. PVC, 9' Depth and Deeper) | 687 | LF | 295.00 | 202,665.00 |
| 0125 | Sewer Mains (21" Dia. PVC, 9' Depth and Deeper) | 30 | LF | 325.00 | 9750.00 |
| 0126 | Sewer Mains (24" Dia. PVC, 9' Depth and Deeper) (Sta. 10+20 to Sta. 38+63) | 4,310 | LF | 406.00 | 1,749,860.00 |
| 0127 | Sewer Manhole (Sta. 10+20 to Sta. 38+63) | 7 | EA | 3290.00 | 23,030.00 |
| 0128 | Drop Sewer Manhole (Sta. 10+20 to Sta. 38+63) | 6 | EA | 4050.00 | 24,300.00 |
| 0129 | Sewer House Connection (Sta. 10+20 to Sta. 38+63) | 138 | EA | 733.00 | 101,154.00 |
| 0130 | Abandon Existing Sewer Line (Sta. 10+20 to Sta. 38+63) | 670 | LF | 20.00 | 13,400.00 |
| 0131 | Remove Sewer Manhole (Sta. 10+20 to Sta. 38+63) | 9 | EA | 800.00 | 7200.00 |
| | | | | TOTAL OPTIONAL WORK | $ 3,886,835.00 |

| ALTERNATE 1 - TOTAL BASE WORK+OPTIONAL WORK | $. 55,888,502.00 WBA |
|---|---|

*Denotes a change from the previous Bidding Schedule.

Bidders shall submit bids on Bidding Schedule Alternate 1 and Alternate 2 for evaluation by the Government.

Award will be made as a whole to one bidder.

> NOTE 1: Bidders shall furnish unit prices for each item listed in the Schedule requiring a unit price. If the bidder fails to insert a unit price in the appropriate blank for required item(s), but does furnish an extended total, or an estimated amount for such item(s), the Government shall deem the unit price to be the quotient obtained by dividing the extended amount for that line item by the quantity. IF A BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED TOTAL OR ESTIMATED AMOUNT FOR ANY ITEM, ITS BID SHALL BE DECLARED NON-RESPONSIVE AND THEREFORE INELIGIBLE FOR AWARD.
>
> NOTE 2: Any bid may be rejected if the Contracting Officer determines in writing that it is unreasonable as to price. Unreasonableness of price includes not only total price of bid, but the price for individual line items as well. Any bid may be rejected if the prices for any line items or sub line items are materially unbalanced (See FAR 14.404-2).
>
> NOTE 3: THE NOTICE TO PROCEED (NTP): The successful bidder is advised that performance and payment bonds shall be submitted in accordance with the time frame in block 12B of SF 1442. The NTP will be issued immediately after verification of acceptable performance and payment bonds. Within seven (7) days after issuance of the NTP, the Contractor shall initiate a meeting to discuss the submittal process with the Area or Resident Engineer or his authorized representative. Physical work cannot start until the Accident Prevention Program, Contractor Quality Control Plan, and other submittals which may be required, have been submitted and approved and all preliminary meetings called for under the contract, have been conducted.
>
> NOTE 4: OPTIONAL WORK ITEMS. The Government may require the delivery of the numbered line item(s), identified in the schedule as OPTIONAL WORK Items, in the quantities and prices stated in the schedule. The Contracting Officer may exercise the OPTIONAL WORK Items by written notice to the Contractor. If the Government exercises the Optional Work, the Government will provide written notice no sooner than 300 calendar days and/or no later than 500 calendar days after award of this contract. Bidders shall bid on all items including Optional Work items

(see "Evaluation of Options" FAR 52.217-5). Failure to bid on all items will result in a non-responsive bid.

NOTE 5: EVALUATION OF OPTIONS (FAR 52.217-5 JUL 1990). Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for this basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

NOTE 6 TIME ADJUSTMENT IN THE EVENT OF THE EXERCISE OF OPTIONAL WORK. In the event that OPTIONAL WORK items are exercised under the terms of the contract, the time required for completion of the contract will not be adjusted but shall be performed concurrent with the original contract duration of 1,500 calendar days established for the BASE WORK items specified in the Contract Clause entitled "COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (FAR 52-211-10 – APR 1984)".

NOTE 7: RAPID VENDOR PAYMENT: Web based instructions for the submission of invoices;
http://www.mvn.usace.army.mil/ebs/rapid_vendor_payment.asp

3502
AWARD

CONTRACT DOCUMENTS



DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

July 24, 2013

Contracting Division
CEMVN-CT-E

VIA EMAIL: hb@bkconst.com; blaketigers@bellsouth.net

B&K Construction Company, LLC
ATTN: Mr. Blake Andrews, Vice-President
1905 Highway 59
Mandeville, Louisiana 70448

Mr. Andrews:

    You are hereby notified that your bid in response to Request for Proposals No. W912P8-13-R-0018, which was submitted on 04 June 2013 for Southeast Louisiana Urban Flood Control Project (SELA 21), Jefferson Avenue Canal No. 1, South Claiborne Avenue to Dryades Street, Orleans Parish, Louisiana (ED-11-006), your Alternate I bid schedule proposal is accepted and award W912P8-13-C-0037 is hereby made in the amount of $52,001,667.00. This award is made for CLIN(s) 0001 through 0102 (CLINs 0103 through 0131 is optional work and is not awarded at this time; note CLIN 0115 was deleted prior to award).

    In accordance with the terms of your proposal, you are required to execute and return Performance and Payment bonds (original of each bond) to this office, not later than 3 days after receipt of notice of award. Failure to comply with this requirement will be considered a breach of your bid bond. The rate and amount of premium must be shown on the reverse of the performance bond. Please acknowledge receipt of (1) the contract on the enclosed copy of this letter, and (2) the ACO and COR delegations of authority.

    The East Bank Area Office will coordinate with you for a time and date for the preconstruction conference, at which the attendance of a responsible representative of your firm is essential. In accordance with Section 00700, FAR 52.236-1, Performance of Work By Contractor, you must provide the Contracting Officer a description of items of work that shall be performed with your own resources, and the estimated cost(s) of those items.

    The following safety forms are available in the solicitation package: (1) MVN Form 385-43R; (2) MVN Form 385-43/1R; (3) MVN Form 385-43/2R; and (4) MVN Form 385-10R. The accident prevention plan, which includes these forms, should be submitted in quadruplicate within 15 days after receipt of Notice of Award of the contract four (4) copies of the Accident Prevention plan shall be submitted to Mr. John Fogarty, East Bank Area Office for review and approval. The pre-construction conference will not be held until these forms have been in possession of the East Bank Area Office a minimum of seven (7) days.

1

RFP: W912P8-13-R-0018
Contract W912P8-13-C-0037

CC: DW ✓
CFE ✓
APP ✓

BA

Only a warranted Contracting Officer (either a Procuring Contracting Officer (PCO), or an Administrative Contracting Officer (ACO), acting within their delegated limits, has the authority to issue modifications or otherwise change the terms and conditions of this contract. If an individual other than the Contracting Officer attempts to make changes to the terms and conditions of this contract you shall not proceed with the change and shall immediately notify the Contracting Officer.

UNITED STATES OF AMERICA

*Cynthia A. Nicholas*
Cynthia A. Nicholas
Contracting Officer

SUBJECT: Notice of Award: Contract W912P8-13-C-0037

Receipt is hereby acknowledged of the above Notice of Award.

B&K Construction Company, LLC

Signature: *W. Blake*

Print Name: W. BLAKE ANDREWS

Title: VP

Date Received: 7/24/13

| OFFER (Must be fully completed by offeror) ||
|---|---|
| 14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)<br>B&K CONSTRUCTION CO., LLC<br>1905 HIGHWAY 59<br>MANDEVILLE, LA 70448 | 15. TELEPHONE NO. (Include area code)<br>PHONE: 985-626-1866    FAX: 985-626-9710<br>16. REMITTANCE ADDRESS (Include only if different than Item 14)<br>B&K CONSTRUCTION CO., LLC<br>DEPT AT 952429<br>ATLANTA, GA 31192-2429 |
| CAGE CODE NO. 0GTN3    DUNS NO. 093544229<br>CODE        FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within __60__ calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.

AMOUNTS ▶
Alternate 1  Base + Option    $55,888,502.00    WBA
Fifty Five Million Eight Hundred Eighty Eight Thousand Five Hundred Two Dollars & No Cents
Alternate 2  Base + Option    $78,178,373.00    WBA
Seventy Eight Million One Hundred Seventy Eight Thousand Three Hundred Seventy Three Dollars & No Cents

18. The offeror agrees to furnish any required performance and payment bonds.

### 19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | 0001 | 0002 | 0003 | 0004 | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | 5/24/2013 | 5/29/2013 | 5/30/2013 | 5/31/2013 | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)<br>W. BLAKE ANDREWS, VICE PRESIDENT | 20B. SIGNATURE<br>W. Blake | 20C. OFFER DATE<br>06/04/2013 |
|---|---|---|

### AWARD (To be completed by Government)

21. ITEMS ACCEPTED: Contract No.: W912P8-13-C-0037 - CLIN(s) 0001 thru 0102 (Note: CLIN(s) 0103-0131 is Optional Work and is not awarded at this time.) - Southeast Louisiana Urban Drainage Project (SELA 21), Jefferson Avenue Canal No. 1, South Claiborne Avenue to Dryades Street, Orleans Parish, Louisiana. (ED-11-006). The Contractor's Alternate I proposal is accepted. The Contractor's proposal and schedule is hereby incorporated into the Contract.

| 22. AMOUNT<br>$52,001,667.00 | 23. ACCOUNTING AND APPROPRIATION DATA<br>W42HEM31981453, Line Item 001, (FW1/OW1 GB74LD; CCS 70A) 96X3122<br>Line Item 002, (FW1/OW1 GB74LD; CCS 70C) 96X3122 and<br>Line Item 003; (FW1/OW1 GB74LD; CCS 999) 96X3122 |
|---|---|
| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 Copies unless otherwise specified) ▶  ITEM 26 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C 2304(c) (   )  ☐ 41 U.S.C 253(c) (   ) |
| 26. ADMINISTERED BY    CODE<br>U.S. ARMY CORPS OF ENGINEERS<br>NEW ORLEANS DISTRICT<br>EAST BANK AREA OFFICE<br>990 N. CORPORATE DR., STE 102<br>HARAHAN, LA 700123 | 27. PAYMENT WILL BE MADE BY<br>USAED NEW ORLEANS<br>C/O USACE, FINANCE CENTER (UFC)<br>ATTN: CEFC-AO-P<br>5720 INTEGRITY DRIVE<br>MILLINGTON, TN 38054-5005 |

### CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

| ☒ 28. NEGOTIATED AGREEMENT Contractor is required to sign this document and return __1__ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☐ 29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print)<br>W. BLAKE ANDREWS, VP | 31A. NAME OF CONTRACTING OFFICER (Type or print)<br>CYNTHIA A. NICHOLAS |
| 30B. SIGNATURE    30C. DATE<br>W. Blake    7/24/13 | 31B. UNITED STATES OF AMERICA<br>BY Cynthia A. Nicholas    31C. AWARD DATE<br>24 July 2013 |

STANDARD FORM 1442 BACK (REV. APR 1985)
APD PE v1.00

**Subject:** Award Letters (Award, Accident Pevention, ACO, & COR Designation Ltrs) (UNCLASSIFIED)

**From:** Quillens, Lydia A MVN (Lydia.A.Quillens@usace.army.mil)

**To:** hb@bkconst.com; blaketigers@bellsouth.net;

**Date:** Wednesday, July 24, 2013 3:49 PM

Classification: UNCLASSIFIED
Caveats: NONE

Congratulations!!

Attached are the award letters for W912P8-13-R-0018, your payment and performance bonds are due nlt 10 a.m., Monday, July 29th.

Contract will follow in a few days.

If you have any questions and/or concerns, please don't hesitate to contact me.

Again, congratulations and we are looking forward to another successful project.

Respectfully,

Lydia A. Quillens
Contract Specialist
Projects East Branch
Contracting Division
Directorate of Contracting (DOC)
USACE, New Orleans District
Phone: 504-862-1887
Fax: 504-862-2527
E-mail: lydia.a.quillens@usace.army.mil
Source Selection Information: SEE FAR 2.101 and 3.104

Classification: UNCLASSIFIED
Caveats: NONE