# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIZABETH SEWELL, ET AL.,**<br><br>  Plaintiffs<br>**VERSUS**<br><br>**SEWERAGE & WATER BOARD OF NEW ORLEANS,**<br><br>  Defendant | ) CIVIL ACTION NO. 15-3117<br>) c/w 15-6276, 16-2326, 16-2328, 16-3120, 16-4233, 16-4248, 16-12368<br>)<br>) THIS DOCUMENT RELATES TO NO. 15-3117<br>)<br>) SECTION "N" (3) |

## EXHIBIT LIST

## SEWELL PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Exhibit 1 – Butler Declaration

Exhibit A – Wingate Declaration

Exhibit B – Exnicios Declaration

Exhibit C – Deferred Payback Agreement

Exhibit D – SWB's Answers to Interrogatories

Exhibit E – Fogerty Declaration

Exhibit F – SELA Website – Contract Status

Exhibit G – SELA Website – Jefferson I

Exhibit H – SELA Website – Jefferson II

Exhibit I – SELA Website – Napoleon II

Exhibit J – SELA Website – Napoleon III

Exhibit K – SELA Website – Claiborne I

Exhibit L – SELA Website – Claiborne II

Exhibit M – SELA Website – Louisiana

Exhibit N – Project Cooperation Agreement

Exhibit O – Project Partnership Agreement

Exhibit P – Cooperative Endeavor Agreement

Exhibit Q – SELA Claims Flyer

Exhibit R – SELA Claims Website

Exhibit S – SWB Comprehensive Annual Financial Report, 2013-14

Exhibit T – SWB Letters *In Globo*

Exhibit U – SELA Website – Project Organization

Exhibit V – SWB Emails *In Globo*

Exhibit W – Vibration Monitoring Reports *In Globo*

Exhibit X – Programmatic Agreement

Exhibit Y – SELA Website – FAQs

Exhibit Z – SELA Website – Effects of Hurricane Katrina

Exhibit AA – SWB Community Meeting Agendas *In Globo*

Exhibit BB – SELA Flyer – Vibration Monitoring