UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH SEWELL, ET AL | * | CIVIL ACTION NO. 15-3117 |
| | * | |
| VERSUS | * | JUDGE KURT D. ENGELHARDT |
| | * | |
| SEWERAGE & WATER BOARD | * | MAG. DANIEL E. KNOWLES |
| OF NEW ORLEANS, ET AL | * | |
| | * | SECTION "N"(3) |
| | * | |

**********************************************************************

### SEWERAGE AND WATER BOARD OF NEW ORLEANS' ANSWERS TO INTERROGATORIES FROM PLAINTIFFS

**INTERROGATORY NO. 1:**

Identify each and every phase, portion, and/or segment of the SELA Project at issue in Plaintiffs' claims in this matter.

**ANSWER TO INTERROGATORY NO. 1:**

Those phases are: 1) SELA 23, Napoleon Avenue Canal, Phase II (South Claiborne Avenue to Carondelet Street); 2) SELA 23a, Napoleon Avenue Canal, Phase III (Carondelet Street to Constance Street); 3) SELA 21, Jefferson Avenue Canal, Phase I (South Claiborne Avenue to Dryades Street); 4) SELA 22, Jefferson Avenue, Phase II (Dryades Street to Constance Street); 5) SELA 24a, South Claiborne Avenue, Phase I, (Monticello Street to Leonidas Street); 6) SELA 24b, South Claiborne Avenue Phase II (Leonidas Street to Lowerline Street) and 7) SELA 27, Louisiana Avenue Improvements Canal (South Claiborne Avenue to Constance Street).

1

EXHIBIT

D

SWB - 0000001

**INTERROGATORY NO. 2:**

For each of the phases, portions, and segments identified in Interrogatory No. 1, specify the start date for construction of the SELA Project and, if applicable, the completion date for that phase, portion, or segment.

**ANSWER TO NO. 2:**

SWB answers that it is not the proper party to whom to direct this interrogatory as it is not constructing any of the seven implicated segments of the SELA Project, which is being done by the general contractors to the USACE and/or the USACE. The contracts between the USACE and the general contractors for each individual phase are the best evidence of their terms and conditions, including the start and completion dates for the actual construction. However, in the spirit of cooperation, SWB understands the following are the approximate starting time periods for each of the seven phases:

1. Jefferson Avenue Phase I, July 2013;

2. Jefferson Avenue Phase II, January 2013;

3. South Claiborne Avenue Phase I, October 2011;

4. South Claiborne Avenue Phase II, June 2012;

5. Napoleon Avenue Phase II, September 2011;

6. Napoleon Avenue Phase III, October 2013;

7. Louisiana Avenue, July 2014;

Further, it is SWB's understanding that none of these phases has yet been accepted as complete by the USACE.

2

SWB - 0000002

**INTERROGATORY NO. 3:**

For each of the phases, portions, and segments identified in Interrogatory No. 1, specific the contractor who is responsible for the construction of that phase, portion, or segment:

**ANSWER TO NO. 3:**

B & K Construction Co., LLC ("B & K") is constructing Jefferson Avenue Phase I and South Claiborne Avenue Phase II; Cajun Constructors, LLC ("Cajun"), is constructing South Claiborne Avenue Phase I and Jefferson Avenue Phase II; and Boh Bros. Construction Co., LLC ("Boh Bros."), Napoleon Avenue Canal Phases II and III, and the Louisiana Avenue Canal.

**INTERROGATORY NO. 4:**

Identify each and every individual at SWB, including the individual's title, who is involved with, responsible for, and/or managing the SELA Project:

**ANSWER TO NO. 4:**

SWB objects to this interrogatory as written, particularly to the extent it may contain a legal conclusion, and specifically denies it manages the SELA Project or has any legal responsibility therefore. Subject to those objections and in the spirit of cooperation, the following SWB employees may be construed to have involvement with the SELA Project:

1. Joseph Becker, General Superintendent;

2. Ron Spooner, Chief of Engineering;

3. Mubashir Maqbool, Principal Engineer, Network Engineering;

4. Lucas Diaz, SELA Community Engagement;

5. Robert Jackson, Director, Community and Governmental Relations;

6. Brenda Thornton, Community and Governmental Relations.

3

SWB - 0000003

Please also see the documents to be produced in response to Rec. Doc. 156-2, items I and J.

**INTERROGATORY NO. 5:**

Identify each and every individual at the Corps whom the SWB works and/or communicates with regarding the SELA Project.

**ANSWER TO INTERROGATORY NO. 5:**

SWB objects to this interrogatory as written to the extent it assumes facts not in evidence and/or implies a legal relationship that may not exist, particularly that the SWB "works" on the SELA Project. Subject to that objection, USACE personnel with whom SWB employees have communicated with are believed to include, but may not be limited to, Lori Wingate, John Fogarty, Larry Mickal, Caitlin Campbell, John Templeton, and possibly the USACE project engineer for each of the seven project phases, which include Darren Siddons and Chase Havard. Please also see the documents to be produced in response to Rec. Doc. 156-2, item J.

**INTERROGATORY NO. 6:**

Identify each and every individual at the Contractors whom the SWB works and/or communicates with regarding the SELA Project.

**ANSWER TO INTERROGATORY NO. 6:**

SWB objects to this interrogatory as written to the extent it assumes facts not in evidence and/or implies a legal relationship that may not exist, particularly that the SWB "works" on the SELA Project. SWB has limited to no direct communication with the general contractors to the USACE who are constructing the implicated SELA Project phases, which such communications primarily involving utility related issues. Those communications would generally be initiated by

4

various employees of each contractor. Please also see the documents to be produced in response to Rec. Doc. 156-2, item I.

**INTERROGATORY NO. 7:**

Please describe the SWB's financial responsibility for the SELA Project and/or damage claims arising from the SELA Project, including how SWB has and/or will fulfill its financial obligations for the SELA Project, the amount of SWB's financial obligations for the SELA Project, and who at the SWB is responsible for handling SWB's financial obligations for the SELA Project.

**ANSWER TO INTERROGATORY NO. 7:**

The seven implicated SELA Project phases are being funded by appropriations by the United States Congress to the Louisiana Coastal Protection and Restoration Authority (CPRA), the SELA Project is being funded by appropriations from the United States Congress through the USACE [Public Laws 110-252 (Jan. 30, 2008) and 110-329 (Sept. 30, 2009)] to the State of Louisiana.   On January 16, 2009 a Project Partnership Agreement between USACE and Louisiana CPRA, as the non-local federal sponsor, was entered, to which SWB was an invited signator, as well as a Deferred Payment Agreement between the USACE and Louisiana CPRA for SELA – Jefferson and Orleans Parishes. These agreements provide for a 65/35% cost-share agreement between the USACE and the state, which costs will be paid to the USACE over 30 years. The SWB has no direct financial responsibility for the SELA Project or ensuring it is funded. BCG, a contractor to SWB, is responsible for seeking credit for SWB expenses incurred in furtherance of the projects, including for drainage culvert design work performed on the phases where SWB completed that work, as well as for expenses related to operating the Hotline community phone number and claims investigation.

5

**INTERROGATORY NO. 8:**

Please describe the SWB's purported "claims process" for resolving property damage claims arising from the SELA Project, including the contractual basis for this claims process, the SWB's financial obligations for this claims process, the Corps' involvement in the claims process, the steps for filing, reviewing, and rendering a decision on the claims in the claims process, who at the SWB is responsible for administering the claims process, and how many claims have been processed and/or paid through this claims process.

**ANSWER TO INTERROGATORY NO. 8:**

SWB objects to this interrogatory to the extent it may seek to obtain information and documents that are confidential, privileged, and proprietary and/or created in anticipation of litigation and/or protected by the work-product or other doctrine. Subject to those objections, SWB, through its contractor The Hawthorne Agency, administers a Hotline phone number through which the public can request information relative to the construction phases and make complaints or inquiries related to specific aspects of the construction, complain about quality of life issues, including dirt, dust, debris, and noise emanating from the USACE contractors' operations, as well as make complaints for property damage. Should a call be related to alleged property-damages, SWB will assign a forensic engineer to document and investigate the complaint and issue a report. If damage is found related to the project a report and estimate will be submitted to the USACE for approval of the repair costs, which if approved will be credited to SWB as a project expense and payment subsequently made to the claimant if the parties agree on a settlement amount. Operation of the Hotline and costs associated with the forensic engineer are submitted to the USACE as SWB's project related costs.

6

SWB - 0000006

**INTERROGATORY NO. 9:**

Please describe the SWB's responsibility for and involvement in the SELA Project, including the contractual basis for the SWB's responsibility and involvement in the SELA Project, the specific elements and components of the SELA Project for which SWB is responsible, and which individuals at the SWB are responsible for managing, implementing, and/or monitoring these elements and components of the SELA Project.

**ANSWER TO INTERROGATORY NO. 9:**

SWB objects to this interrogatory as written, particularly to the extent it assumes facts not in evidence and/or call for legal conclusions, specifically, but not limited to, assuming SWB has "responsibility" for the SELA Project. Subject to these objections, USACE has entered into two agreements with the Louisiana CPRA, to which SWB is an invited signatory. USACE and CPRA separately executed a 30 year cost-share agreement, all of which are identified above.

Further, SWB has assumed operation of the Hotline and the claims investigation process as described above. Additionally, except for the Louisiana Avenue Canal phase, SWB participated in the design process of the underlying drainage culverts for the other six implicated phases, retaining design engineer consultants to assist in preparation of the design plans of the new drainage culverts. Ron Spooner and Mubashir Maqbool are the primary SWB employees involved to the extent SWB involvement is sought.

7

SWB - 0000007

Respectfully submitted,

_[signature]_

**CRAIG B. MITCHELL #24565**
**CHRISTOPHER D. WILSON #27142**
**KIANA AARON MITCHELL #27568**
*MITCHELL & ASSOCIATES, APLC*
615 Baronne Street, Suite 300
New Orleans, Louisiana 70113
Telephone: (504)527-6433
Facsimile: (504) 527-6450
cbmitchell@mitchellaplc.com
cdwilson@mitchellaplc.com
kamitchell@mitchellaplc.com
*Attorneys for Sewerage and Water Board of New*
*Orleans*

and

**ANTHONY J. STEWART #02128**
*SEWERAGE AND WATER BD OF NEW ORLEANS*
625 St. Joseph Street, Room 201
New Orleans, LA  70165
Telephone: (504) 585-2236
Facsimile: (504) 585-2426
*Nolan Lambert, Special Counsel*

## CERTIFICATE

This is to certify that a copy of the above and foregoing has been served to counsel of record by depositing same in the United States Mail, postage pre-paid, and/or electronic mail this 1st day of August, 2016.

_[signature]_

8

SWB - 0000008