# EXHIBIT
# 3

EXHIBIT
E

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID EPSTEIN, BRENDA LACKINGS, THOMAS RYAN, ELIZABETH AND WILLIAM SEWELL, PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED INDIVIDUALS | * * * * * * | CIVIL ACTION |
| v. | * * | NO. 15-6939 |
| THE UNITED STATES ARMY CORPS OF ENGINEERS | * * | SECTION "L" (2) |

**DECLARATION**

I, John G. Fogarty, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. My name is John G. Fogarty and I am currently employed by the United States Army Corps of Engineers, New Orleans District as the Resident Engineer for the Southeast Louisiana Flood Control Projects (SELA) in Uptown New Orleans.

2. I have held this position for 8 years and have been employed with the Army Corps for the past 27 years.

3. My job duties as a Resident Engineer for the Army Corps of Engineers include construction management oversight for contractor operations on the SELA projects in Uptown New

Orleans. As such, I have personal knowledge of the construction work that was performed.

4. I am personally familiar with the SELA Orleans Projects in Uptown New Orleans, specifically including but not limited to work being constructed pursuant to contracts with B&K Construction Co, LLC; Cajun Constructors, LLC and Boh Brothers Construction Co. LLC that includes work in, upon, and about, Jefferson Avenue, Prytania Street, S. Claiborne Avenue, Napoleon Avenue, and Louisiana Avenue in Orleans Parish, Louisiana ("SELA Orleans Uptown Work").

5. The two USACE contracts for the construction of the S. Claiborne Ave SELA work are captioned a.) W912P8-11-C-0074, Southeast Louisiana Urban Flood Control Project, SELA 24a, South Claiborne Avenue I Covered Canal, Monticello Avenue to Leonidas Street, Orleans Parish, Louisiana awarded to Cajun Constructors, LLC on September 30, 2011 for a total amount of $25,971,694.50 and b.) W912P8-12-C-0036, Southeast Louisiana Urban Flood Control Project, SELA 24b, Claiborne Avenue II Covered Canal, Leonidas Street to Lowerline Street, Orleans Parish, Louisiana awarded to B&K Construction Co., LLC on June 20, 2012 for a total amount of $27,819,713.00.

6. The two USACE contracts for the construction of the Jefferson Ave and Prytania Street SELA work are captioned a.) W912P8-13-C-0037, Southeast Louisiana Urban Drainage Project, SELA 21, Jefferson Avenue Canal No. 1, South Claiborne Avenue to Dryades Street,

Orleans Parish, Louisiana awarded to B&K Construction Co., LLC on July 24, 2013 for a total amount of $52,001,667.00 and b.) W912P8-13-C-0009, Southeast Louisiana Project, SELA 22, Jefferson Avenue Canal II, Dryades Street to Constance Street, Orleans Parish, Louisiana awarded to Cajun Constructors, LLC on January 3, 2013 for a total amount of $44,844,301.40.

7. The two USACE contracts for the construction of the Napoleon Ave SELA work are captioned a.) W912P8-11-C-0058, Southeast Louisiana Drainage Project (SELA 23), Napoleon Avenue Covered Canal No. 2, (S. Claiborne Ave to Carondelet Street), Orleans Parish, Louisiana awarded to Boh Bros. Construction Co., LLC on September 14, 2011 for a total amount of $54,164,916.95 and b.) W912P8-13-C-0052, Southeast Louisiana Urban Flood Control Project (SELA 23a), Napoleon Avenue Covered Canal, Carondelet Street to Constance Street, Orleans Parish, Louisiana awarded to Boh Bros. Construction Co., LLC on September 26, 2013 for a total amount of $38,099,975.85.

8. The USACE contract for the construction of the Louisiana Avenue SELA work is captioned W912P8-14-C-0022, Southeast Louisiana Urban Flood Control Project, Louisiana Avenue Improvements (Constance Street to Claiborne Avenue) (SELA 27), Orleans Parish, Louisiana and was awarded to Boh Bros. Construction Co., LLC on March 13, 2014 for a total amount of $76,267,513.10.

9. As Resident Engineer, I have personal knowledge of the contractors' pile driving methods and protocol, the vibration monitoring protocol, the de-watering methods and protocol, damage mitigation policies, stop work protocols, and construction monitoring protocols required by the contracts and the Programmatic Agreement ("PA"). I also have personal

knowledge of any records related to these topics.

10. The Army Corps of Engineers determined that there could be impacts to the surrounding areas due to construction of the SELA Orleans Uptown Work. Expected impacts included noise, vibratory impacts resulting from moving and operating heavy construction equipment, and the potential impact to structures located within close proximity to construction activities, defined as a zone of impact (ZOI). Additionally, the Army Corps determined that there might be inconveniences associated with dust, noise, traffic, property access and trucks traveling in the project sites. The contracts issued for the work required that the contractor tailor their work to account for these inconveniences.

11. The construction ZOI is defined as the area in which it is more likely than not that damages could occur. Based on scientific data obtained to date, the ZOI's outer boundary is at the line formed upon the surface at a forty-five (45) degree angle from the bottom tip depth of driven sheet pile. Each SELA project has its own defined ZOI, which can vary within a project depending on the depth and location of the driven sheet pile.

12. Vibration consists of oscillatory waves that propogate from the source through the ground to adjacent buildings. Vibration from construction projects is caused by general equipment operations with higher readings occurring during pile driving, soil compacting, and construction related demolition activities.

13. Various published scientific research has established that the most significant factor to best indicate the potential for damage is peak particle velocity (PPV), measured in inches per second (ips). A conservative recommended limit is 0.25 ips PPV, and the Corps of Engineers specifications for SELA projects require the vibration limit of 0.25 ips adjacent to

the nearest structure.

14. The following are several examples of measures that are in the Army Corps Contract Documents with the contractors performing the work that were implemented in furtherance of the PA and to provide additional measures to avoid, minimize, and mitigate the impacts of the SELA Orleans Uptown Work on affected properties.

15. Vibration monitoring: The Army Corps developed a vibration control plan and a vibration monitoring program to measure vertical and lateral movement and vibration during construction activities. Background and construction vibration data was recorded which notes among other things, the location of the vibration measurements, the construction equipment in operation during the monitoring period, and any other relevant activities occurring during that time. The Army Corps executed a separate contract with a geotechnical firm independent of the construction contractor to perform the vibration monitoring. These independent third-party contractors monitor vibrations at the nearest structures for all of the Uptown SELA projects. An analysis is conducted daily to determine the work to be performed by the construction contractor and the number and location of vibration monitors required. Some contracts have required four to five vibration monitors to ensure all construction operations are being monitored. Vibrations must be monitored at all structures, including buildings and pools. As work progresses along a project site, the vibration monitors are relocated as necessary. The contractor is informed immediately when vibrations from his operations have exceeded the 0.25 ips limit. The Army Corps contract requires that vibration inducing work be immediately stopped whenever readings exceed the 0.25 ips until the contractor can take reasonable actions to reduce the vibrations within the acceptable

limit. Vibrations exceeding 0.25 ips are generally corrected at the field level immediately.

16. Vibration monitoring reports are prepared daily and include a printout of vibration readings, location of monitor, contractor work being performed and notification of any readings above 0.25 ips. Daily USACE Quality Assurance (QA) Reports and contractor Quality Control (QC) Reports document construction activities, vibration readings above 0.25 ips and actions taken. A daily vibration monitoring summary report for each USACE contract is electronically distributed from the independent third-party contractor.

17. The SELA Orleans Uptown contracts include provisions to minimize potential for construction vibrations including utilizing a hydraulic press-in sheet pile driver instead of a vibratory hammer, pre-drilling timber pile installations, saw cutting pavement for demolition and installation of jet grout foundations for projects with deep sand layers.

18. Dewatering: Monitoring of the groundwater table is important during deep excavations in the New Orleans area. The Napoleon Ave Phase 2, Jefferson Ave Phase 1 and the two S. Claiborne Ave contracts are designed with timber pile foundations and subsurface dewatering. During construction of these projects, interior and exterior construction piezometers are installed to monitor groundwater drawdown. Piezometers are installed in each sand layer per reach of box culvert construction and read twice per day to ensure construction operations are being performed in stable conditions and also not causing groundwater drawdown outside of the project limits. The daily readings are included in the contractor's QC Reports and a monthly log is maintained. Any piezometer readings outside of specification requirements are immediately discussed with the contractor and corrective actions implemented. The Jefferson Ave Phase 2, Napoleon Ave Phase 3 and the Louisiana

Ave contracts are designed with a jet grout foundation due to the deep sand layers along the project limits. For these projects, a jet grout plug is installed within the steel sheet pile retaining structure sealing off the groundwater table below the box culvert construction. On these projects no dewatering is required and thus no potential for drawdown outside of the area of construction. As a precautionary measure, these contracts require installation of piezometers at intervals along the project length to monitor the groundwater table. Readings are taken weekly and reported to the Army Corps of Engineers on a monthly basis by each contractor.

19. Dust: The contracts for the SELA Orleans Uptown Work require that the contractors take reasonable measures to prevent unnecessary dust. Each surface subject to dusting shall be kept moist with water or by application of a chemical dust suppressant. Further, dusty materials in piles or in transit shall be covered to prevent blowing. As the scope of work requires construction in a linear operation along the roadway corridor, the contractors must phase construction operations to include installation of water mains, sewer mains, drain lines, box culvert construction, median restoration and roadway reconstruction in a manner that requires operations over an area several times. The contractors provide temporary stone or asphalt surfacing between each phase to aid in restoring traffic lanes or driveway access where possible.

20. Noise: The contracts for the SELA Orleans Uptown Work require that the contractors take reasonable measures to mitigate excessive noise. The Contractor must include noise as a factor in planning his/her operations and be fully aware of the necessity to take noise-reduction measures, including modifications to the pile driver or other equipment in the event

        that the noise levels exceed OSHA and/or local ordinances. All construction machinery and vehicles shall be equipped with practical, functioning sound muffling devices and operated in a manner to cause the least noise, while consistent with efficient performance of the work.

21. Hours: The Army Corps recognized that the SELA Orleans Uptown Work would occur in a densely populated residential area. As such, the contract placed restrictions on the contractors working hours. The contractors are limited to working on Monday through Saturday only between 7:00 a.m. and 9:00 p.m. No work will be allowed on Sundays or legal holidays without approval of the Contracting Officer due to the congested residential area. However, emergency work may be done without prior approval. The exception to the aforementioned days are the ongoing S. Claiborne Avenue construction contracts for which the contractor is limited to working Monday through Sunday only between 7:00 am and 7:00 pm. Requests to work during other than regular working hours must be submitted to the Contracting Officer at least 72 hours in advance of the period proposed for such overtime work and shall set forth the proposed schedule for overtime work to give the Contracting Officer ample time to arrange for his personnel to be at the site of the work. Adequate lighting for safe operations and thorough inspection of night operations shall be provided by the contractor at their own expense. Prior to 7:00 a.m., the contractor shall not: start up any equipment or have any trucks (delivery, service, hauling, etc.) arrive at the job site. Trucks shall remain on designated truck routes until 7:00 a.m.

22. A true and correct copy of specific Contract specifications, "SECTION 01100 - GENERAL PROVISIONS" for contract W912P8-13-C-0037 (SELA 21) including some of the fore-described requirements is attached hereto as Exhibit "A."

23. The Army Corps and/or its contractors also undertook traffic mitigation measures, including but are not limited to submission/approval of detailed Traffic Control Plans by the City of New Orleans Dept. of Public Works, the posting of "No Truck Route" signage and the re-routing of truck traffic and heavy equipment to avoid impacts to sensitive adjacent streets. Prior to construction of the Uptown SELA projects, the Army Corps of Engineers coordinated approved construction truck routes with the City of New Orleans Department of Public Works. The contractor's operations are monitored to ensure construction operations are maintained on the approved routes. All of the Uptown SELA projects have provisions restricting the number of cross streets or median intersections that can be closed during construction.

24. Section VIII of the Programmatic Agreement requires that if the Army Corps of Engineers determines that activities covered by this agreement will affect a previously unidentified property that may be eligible for inclusion in the National Register of Historic Places, or affect a known historic property in an unanticipated manner, the Army Corps may require the contractors to stop work in the vicinity of the discovery and require the contractor to take all reasonable measures to avoid or minimize harm to the property until the Army Corps concludes consultation with SHPO. To date, there have been no work stoppages at any of the SELA Orleans Uptown Work project sites due to impacts to properties on the National Register, pursuant to Section VIII of the Programmatic Agreement.

25. If the Army Corps of Engineers is ordered to halt work on the SELA Orleans Uptown Work project sites by this Court, the Army Corps of Engineers and its cost-sharing partner will be responsible to the contractor for 100% of the contractor's costs during the time the work is

ordered stopped. The projects will be further delayed, prolonging the inconveniences experienced by the residents, including Plaintiffs. The residents of New Orleans will not enjoy the benefits of the completed SELA work, including enhanced flood control and reduced risk of urban flooding. Based on my personal knowledge of the day to day construction activities of the SELA Orleans Uptown Work, the following figures best represent the monetary impact of a Court ordered project shut-down for all 7 of the active SELA Orleans Uptown Work contracts:

- Contractor's Field Office Overhead (FOOH): **$35,000.00 per day**

FOOH includes the contractor's fixed costs for salaried field personnel, field site offices, phones, vehicles, and other daily necessities. FOOH is calculated for each contract and is included in all modifications that extend the contract time. A daily rate has been established for all 7 active contracts related to the SELA Orleans Uptown Work with an average of $5,000/day per contract.

- Contractor's Home Office Overhead (HOOH) or Under-recovered G & A: **$23,333.33 per day**

The contractor is due anticipated income from earnings, using the Eichleay Formula, due to the Army Corps' delay. These costs are estimated at 10% of the average monthly billings of $1,000,000.00 for each of the 7 contracts.

- Contractor's Standby on Equipment: **$20,720.00/day average**

Each contract contains an extensive amount of equipment and labor that will need to be placed on standby if the contracts are shut down. The total equipment standby cost per 8 hour day is $20,720.00.

- Contractor's Standby on Labor: **$176,400.00/day average**

Each contractor employs approximately 63 people per day on average with the average hourly salary estimated at $50.00/hour (including benefits). The standard work day is 8 hours, amounting to standby labor costs of $25,200.00/day per contract.

- Contractor's Security and Site Maintenance Costs per day: **$8,400.00/ day average**

In the event of a shutdown, the contractor must secure the construction site. The contractor will need to employ site security for standby equipment, public safety for open excavation areas, personnel to operate pumps, and personnel to monitor traffic signage. The average number of personnel needed to maintain the site and provide security is 3 employees per contract with an average hourly salary estimated at $50.00/hour (including benefits). The standard work day is 8 hours, amounting to $1,200.00 of security and maintenance costs per day for each of the 7 contracts.

- Army Corps Labor Costs per day: **$20,800.00/ day average**

The Army Corps maintains a full time staff dedicated to the administration of the SELA Orleans Uptown Work. These employees will remain employed during a site shut down to continue to monitor the contractor's activities for compliance with the shutdown protocol. The Resident Office employs 16 personnel at an hourly rate of $100.00/hour (with benefits). The standard work day is 8 hours, amounting to $12,800.00 for Resident Office costs per day for each of the 7 contracts. Additional personnel include staff in the Project Management, Construction Management, and Engineering offices employ 10 personnel at an hourly rate of $100.00/hour (with benefits). The standard work day is 8

hours, amounting to $8,000.00 for the Project Management, Construction Management, and Engineering support costs per day for each of the 7 contracts.

- Sewerage & Water Board Delays to Planned Construction related to SELA Project Costs: **$2,000/ day average**

The Sewerage & Water Board has numerous water, sewer, and drainage projects adjacent to SELA construction projects scheduled to begin once SELA projects are completed. Delays to the SELA contract completion will cause cost increases to the Sewerage & Water Board contractors and administrative personnel estimated at $2,000 per day.

- City of New Orleans Delays to Planned Construction: **$3,000/ day average**

The City of New Orleans Department of Public Works has numerous drainage and roadway improvement projects that are scheduled to begin once SELA projects are completed. Delays to SELA contract completion will cause cost increases to City of New Orleans contractors and administrative personnel estimated at $3,000 per day.

**Estimated Total Cost of SELA Uptown Shutdown Impacts: $289,653.33/day.**

A breakdown of the costs and my calculations is attached to my Declaration as "Exhibit B."

New Orleans, LA, this 30th day of December, 2015.

J. G. Fogarty
John G. Fogarty
Resident Engineer
U.S. Army Corps of Engineers
P.O. Box 60267
New Orleans, Louisiana 70160-0267